John D. Guerrini  (190972)
**THE GUERRINI LAW FIRM**
106 South Mentor Avenue, Suite 150
Pasadena, CA 91106
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff and Judgment Creditor Eugene I. Davis as Litigation Trustee for the Quebecor World Litigation Trust

[14932]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE I. DAVIS AS LITIGATION TRUSTEE FOR THE QUEBECOR WORLD LITIGATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>EASY MOVER, INC.,<br><br>Defendant. | CASE NO. 13mc80110-LHK<br><br>*Honorable Lucy H. Koh*<br><br>[~~PROPOSED~~] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause,

IT IS HEREBY ORDERED that American Legal Support Services, Inc. who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

Dated: 9/17/2013

*Paul S. Grewal*
Judge of the United States District Court

-1-

[~~PROPOSED~~] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER